# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| GOLDA D. HARRIS, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, et al., <br><br> Defendants. | Civil Action No. 16-9315 (MAS) (DEA) <br><br> **MEMORANDUM ORDER** |

This matter has come before the Court on a civil rights Complaint filed by Plaintiff Golda D. Harris ("Plaintiff"). The case was removed from state court on behalf of all defendants except for Defendant United States of America ("USA"), which has yet to make an appearance. In the Court's previous order denying Plaintiff's request to remand, the Court afforded Plaintiff the option of waiving her claims against USA, which Plaintiff declined. (*See* Order 1, ECF No. 5.) As such, USA remains a defendant.

Because (1) this is a removed case, (2) USA has not made an appearance, and (3) there are additional requirements in serving USA (*see* Fed. R. Civ. P. 4(i)(1)), the Court finds it plausible that Plaintiff may have failed to effectuate proper service on USA during the relevant service period. As such, the Court directs Plaintiff to show cause as to why all claims against USA should not be dismissed for failure to effectuate proper service. Failure to provide proof of service on USA will result in the dismissal of all claims against it.[1]

---

[1] In previous correspondence, Plaintiff cryptically stated that the Complaint had been dismissed with prejudice. (*See* Pl.'s Letter 1, ECF No. 9.) No such dismissal, however, has occurred.

IT IS therefore on this ___19th___ day of January, 2018,

**ORDERED** that, within thirty (30) days of this Order, Plaintiff shall show cause, in writing, as to why all claims against USA should not be dismissed for failure to effectuate proper service; and it is further

**ORDERED** that the Clerk shall serve a copy of this Order upon Plaintiff by regular mail.

_/s/ Michael A. Shipp_
**MICHAEL A. SHIPP**
**UNITED STATES DISTRICT JUDGE**